IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
2008 MAR 31 AM 8:58

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:06CR00021 |
| Paula Irene Asher ) | |
| ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named was placed on Supervised Release on September 6, 2006 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 28th day of March, 2008

_____
Chief United States District Judge